UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHENNEL M. CARR,

    Plaintiff,

v.                                      Case No.  5:10-cv-685-Oc-10TEM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Uncontested Motion for Extension of Time to Respond to Attorney's Fees Through March 30, 2012 (Doc. 27).  Upon due consideration, the motion is GRANTED, the Defendant shall have through March 30, 2012 to respond to Plaintiff's Petition for Attorney Fees.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 21, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel